District Judge Richard A. Jones
Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEYED MOHAMMAD AMIN MOTAHARI BIDGOLI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, *et al.*, <br><br> Defendants. | No. 2:22-cv-00023-RAJ-BAT <br><br> STIPULATED MOTION FOR EXTENSION OF DEADLINE <br><br> Noted for Consideration: May 5, 2022 |

Plaintiffs brought this litigation pursuant to the Mandamus Act and the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiffs' I-485 applications for adjustment of status. Defendants' deadline to respond to the Complaint is May 6, 2022. For good cause, the parties request that this deadline be extended to May 27, 2022.

USCIS has recently adjudicated Plaintiffs' I-485 applications. USCIS is currently processing Plaintiffs' Lawful Permanent Resident cards. Once processed, the cards will be mailed to Plaintiffs. This extension is requested to allow sufficient time for USCIS to produce and then Plaintiffs to receive their cards. Plaintiffs have agreed to dismiss the case after receipt. As this case will likely be dismissed, the parties request that the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement be vacated. Dkt. No. 11.

STIPULATED MOTION FOR EXTENSION        - 1
(22-cv-0023-RAJ-BAT)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | Dated: May 5, 2022 | Respectfully submitted, |
| 2 | | NICHOLAS W. BROWN |
| | | United States Attorney |
| 3 | | |
| 4 | | *s/Michelle R. Lambert* |
| | | MICHELLE R. LAMBERT, NYS #4666657 |
| 5 | | Assistant United States Attorney |
| | | United States Attorney's Office |
| 6 | | 1201 Pacific Avenue, Suite 700 |
| | | Tacoma, Washington 98402 |
| 7 | | Phone: 206-428-3824 |
| | | Email: michelle.lambert@usdoj.gov |
| 8 | | |
| 9 | | *Attorneys for Defendants* |

*s/Jay Gairson*
JAY GAIRSON WSBA#43365
Gairson Law LLC
4606 Martin Luther King Jr. Way
Seattle, WA 98108
Phone: 206-357-4218
Email: jay@gairson.com

*s/Jennifer E. Nimer*
JENNIFER E. NIMER*
OHIO BAR#0079475
Nimer Law LLC
6555 Longshore St., Ste. 602
Dublin, OH 43017
Phone: 614-927-0270
Email: jnimer@nimerlaw.com
*PHV

*Attorneys for Plaintiff*

STIPULATED MOTION FOR EXTENSION - 2
(22-cv-0023-RAJ-BAT)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties' stipulated motion for the extension of deadlines (Dkt. 12) is **GRANTED**. Defendants shall respond to the Complaint on or before **May 27, 2022**. It is so **ORDERED**. The Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. 11) is vacated.

DATED this 9th day of May, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

STIPULATED MOTION FOR EXTENSION  - 3
(22-cv-0023-RAJ-BAT)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970